1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation, | Case No. 3:24-cv-01952-RS |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL** |
| v. | |
| REDBUBBLE, INC., a Delaware corporation, | Judge:   Hon. Richard G. Seeborg |
| Defendant. | |

# [PROPOSED] ORDER

The Court, having reviewed the parties' Stipulation of Dismissal, and good cause appearing, hereby APPROVES the Stipulation and ORDERS that:

(1) This action is dismissed in its entirety. The claims alleged on behalf of Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville are dismissed with prejudice.

(2) Each party shall bear its own costs and expenses, including attorneys' fees.

**IT IS SO ORDERED.**


Dated:_____, 2024            _____
                                         Hon. Richard G. Seeborg